IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY WADLINGTON
ADC #091670                                                                  PETITIONER

VS.                              CASE NO. 5:16-CV-261-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                            RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 22nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE